Form ntcdef11

# UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF WISCONSIN

In Re:

Jackson Green LLC

Debtor(s).

Case Number: 1–09–10099–tsu
Chapter: 11

**DEFICIENCY NOTICE**

To: Debtor's Attorney

Pursuant to Rule 1007, Fed.R.Bankr.P., you must file the following documents within 15 days from the date of the filing of your petition.

- ☑ *Summary of Schedules (Official Form 6, Page 1 and 2)*
- ☑ *Schedules A–J*
- ☑ *Statement of Financial Affairs*
- ☑ *Attorney Fee Disclosure*

Even if the indicated document(s) are not applicable to your particular situation, they must still be filed with the notation "None" marked thereon.

Dated: 1/12/09

Marcia M Anderson, Clerk
U.S. Bankruptcy Court