**United States Bankruptcy Court**
**Western District of Wisconsin**

IN RE:

Jackson Green LLC

Case No. <u>1:09-bk-10099 (116258</u>

Chapter <u>11</u>

<span align="center">Debtor(s)</span>

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| David Heyes<br>PO Box 167<br>Minocqua, WI 54548 | 49 | Member |
| Jackson Green Associates, Inc.<br>PO Box 881<br>Minocqua, WI 54548 | 1 | Member |
| Paula Heyes<br>P.O. Box 167<br>Minoqua, WI 54548 | 50 | Member |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Western District of Wisconsin

**IN RE:**                                                       Case No. **1:09-bk-10099 (116258**

**Jackson Green LLC**                                            Chapter **11**

Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 27,000,000.00 | | |
| B - Personal Property | Yes | 3 | $ 205,079.64 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 21,746,694.84 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $ 2,819,102.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 17 | $ 27,205,079.64 | $ 24,565,796.84 | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Jackson Green LLC                    Case No. **1:09-bk-10099 (116258**

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Eighty Percent ownership interest in the following Real Estate:**<br><br>**Parcel 1**<br>**Lot 1 and the north 1/2 of lot 2 in block 19 in Duncan's Addition to Chicago, (excepting from said premises the west 9.00 feet thereof for alley) in the east 1/2 of the northeast 1/4 of section 17, township 39 north, range 14, east of the third principal meridian, in Cook County, Illinois.**<br><br>**Parcel 2**<br>**The south 38.22 feet of lot 5, all of lots 6, 7, and 8 (except the west 9 feet of all of said lots for alley) in block 19 in Duncan's Addition in Chicago, being a subdivision of the easr 1/2 of the northeast 1/4 of section 17, township 39 north, range 14, east of the third principal meridian, in Cook County, Illinois.**<br><br>**(20% is owned by Albion Tulsa, LLC, manager for Albion Jackson Green, LLC)**<br><br>**Total value - $27,000,000.00**<br>**Total Debt - $21,758,000.00**<br>**Net equity - $5,242,000.00**<br>**80% Net equity - $4,193,600.00** | | | 27,000,000.00 | 21,746,694.84 |
| | | **TOTAL** | 27,000,000.00 | |

(Report also on Summary of Schedules)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Jackson Green LLC                                    Case No. **1:09-bk-10099 (116258**
_____                               _____
                Debtor(s)                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Amcor Bank - (only 80% of the assets are shown because 20% belong to the Tenant in common)** | | 45,469.65 |
| | | **Key Bank - (only 80% of the assets are shown because 20% belong to the Tenant in common)** | | 110,331.45 |
| | | **River Valley State Bank - (only 80% of the assets are shown because 20% belong to the Tenant in common)** | | 73.60 |
| | | **Utilities deposits** | | 14,728.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Jackson Green LLC**                                              Case No. **1:09-bk-10099 (116258**
_____                                     _____
                              Debtor(s)                                                        (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts receivable - (only 80% of the assets are shown because 20% belong to the tenant in common)** | | **34,476.94** |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

**IN RE Jackson Green LLC**
<br>Debtor(s)

Case No. **1:09-bk-10099 (116258**
<br>(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 205,079.64 |

(Include amounts from any continuation sheets attached.
<br>Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Jackson Green LLC**                                   Case No. **1:09-bk-10099 (116258**
_____
                        Debtor(s)                                                         (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Jackson Green LLC**               Case No. **1:09-bk-10099 (116258**

<div align="center">Debtor(s)</div> <div align="right">(If known)</div>

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**CBIZ Gibralter Real Estate Services** <br>**One South Wacher Drive, Suite 1800** <br>**Chicago, IL 60606** | | | Lien for Lease Commissions recorded 7-21-09 as Document No. 082031092 - Amendment recorded october 8, 2008 as document no. 082839021 <br><br>&lt;80% of balance due&gt; <br><br>VALUE $ **27,000,000.00** | | | | **55,531.00** | |
| ACCOUNT NO. <br><br>**City Bank** <br>**P.O. Box 856176** <br>**Louisville, KY 40285-6176** | | | **Real Estate Mortgage dated December 27, 2006 and recorded January 30, 2007 as Document No. 0703041097 against Parcel No. 1** <br><br>VALUE $ **27,000,000.00** | | | | **44,673.00** | |
| ACCOUNT NO. <br><br>**DX Main Construction** <br>**444 N. Wells, Suite 504** <br>**Chicago, IL 60610** | | | Mechanics Lien recorded 12/2/08 as Document No. 0833739033 and Mechanics Lien recorded 11/20/08 as Document No. 0832545115 <br><br>&lt;80% of balance due&gt; <br><br>VALUE $ **27,000,000.00** | | | | **24,208.84** | |
| ACCOUNT NO. <br><br>**First United Mortgage** <br>**23076 Woodland Road** <br>**Lakeville, MN 55044** | | | **2nd real estate mortgage- See Sched. A for legal description - Mortgage recorded June 8, 2007 as Document No. 0715098071** <br><br>VALUE $ **27,000,000.00** | | | | **1,800,000.00** | |

___**1**___ continuation sheets attached

<div align="right">

Subtotal (Total of this page)    $ **1,924,412.84**    $

Total (Use only on last page)    $    $

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

</div>

**IN RE** Jackson Green LLC                                      Case No. **1:09-bk-10099 (116258**

<div style="text-align:center">Debtor(s)                                             (If known)</div>

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Holly Duran Real Estate<br>10 S. Wacker Drive, Suite 1965<br>Chicago, IL 60606** | | | **brokerage lien**<br><br>**<80% of balance due>**<br><br>VALUE $ **27,000,000.00** | | | | **85,701.00** | |
| ACCOUNT NO.<br>**Key Bank Real Estate Capital<br>Wachovia/Wells Fargo/Column Financial<br>911 Main Street, Suite 1500<br>Kansas City, MO 64105** | X | | **1st real estate mortgage- see sched A for legal description - mortgage security agreement and fixture financing statement dated June 9, 2006 and recorded June 14, 2006 as document 0616516084 security interest in certain described chattels on the land, as disclosed by financing statement naming Jackson Green, LLC, as debtor and recorded June 14, 2006 as document No. 0616516086 recorded**<br>VALUE $ **27,000,000.00** | | | | **18,500,000.00** | |
| ACCOUNT NO.<br>**U.S. Equities<br>20 N. Michigan, Suite 400<br>Chicago, IL 60602** | | | **Lien for Leasing Commission recorded October 14, 2008 as Document No. 0828239021and recorded November 14, 2008 as Document No. 0832939051**<br><br>**<80% of the balance due>**<br>VALUE $ **27,000,000.00** | | | | **49,581.00** | |
| ACCOUNT NO.<br>**Wachovia Securities<br>NC 1075, 9th Floor<br>201 S. College St.<br>Charlotte, NC 28244** | | | **real estate - see Sched. A for legal description - Mortgage recorded**<br><br>**<80% of the balancee due>**<br>VALUE $ **27,000,000.00** | | | | **1,187,000.00** | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |

Sheet no. ____**1**____ of ____**1**____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)  $ **19,822,282.00**  $

Total
(Use only on last page)  $ **21,746,694.84**  $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Jackson Green LLC        Case No. **1:09-bk-10099 (116258**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Jackson Green LLC                      Case No. **1:09-bk-10099 (116258**

                  Debtor(s)                                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. . | | | 100% of the debtor obligations are shown, although Jackson Green LLC is only an 80% owner | | | | 0.00 |
| ACCOUNT NO. **ACM Elevator Company** **21313 Network Place** **Chicago, IL  60673-1213** | | | elevator repair | | | | 6,759.00 |
| ACCOUNT NO. **Albion Jackson Green LLC** **108 W. 2nd Street, Suite 104** **Los Angeles, CA  90012** | | | | | | | unknown |
| ACCOUNT NO. **Maria Ohedo** | | | Assignee or other notification for: Albion Jackson Green LLC | | | | |

   **3** continuation sheets attached

|  | Subtotal (Total of this page) | $ | 6,759.00 |
|---|---|---|---|
|  | Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Jackson Green LLC _____ Case No. **1:09-bk-10099 (116258**
_____ Debtor(s) _____ (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Bric Management**<br>**P.O. Box 881**<br>**Minocqua, WI  54548** | | | **management fees** | | | | **12,206.00** |
| ACCOUNT NO.<br><br>**BRIC Springfile LLC**<br>**P.O. Box 881**<br>**Minocqua, WI  54548** | | | **rental of parking lot** | | | | **22,000.00** |
| ACCOUNT NO.<br><br>**Commonwealth Edison**<br>**Bill Payment Center**<br>**Chicago, IL  60668-0001** | | | **utility service** | | | | **14,884.00** |
| ACCOUNT NO.<br><br>**Design Organization**<br>**57 Franklin Street, Suite 201**<br>**Valparaiso, IN  46383** | | | **space planning** | | | | **7,142.00** |
| ACCOUNT NO.<br><br>**Emcor Services**<br>**960 Industrial Drive, Suite 2**<br>**Elmhurst, IL  60126** | | | **HVAC repair** | | | | **5,911.00** |
| ACCOUNT NO.<br><br>**Grand Prarie Capital**<br>**531 Tanglewood Ln**<br>**Frankfort, IL  60423** | | | | | | | **105,000.00** |
| ACCOUNT NO.<br><br>**Joseph Pratl** | | | **Assignee or other notification for:**<br>**Grand Prarie Capital** | | | | |

Sheet no. _____ **1** of _____ **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **167,143.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Jackson Green LLC**                                       Case No. **1:09-bk-10099 (116258**
_____
Debtor(s)                                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Kimco Corporation** <br> **135 S. LaSalle Street, Dept. 1607** <br> **Chicago, IL 60674-1607** | | | janitorial services | | | | 13,998.00 |
| ACCOUNT NO. <br> **Law Offices Of Alan Pearlman** <br> **2803 Butterfield Road, Suite 340** <br> **Rolling Meadows, IL 60008** | | | legal services | | | | 1,977.00 |
| ACCOUNT NO. <br> **Levenfeld Pearlstein LLC** <br> **2 N. LaSalle, Suite 1300** <br> **Chicago, IL 60610** | | | legal services | | | | 17,710.00 |
| ACCOUNT NO. <br> **Michael Lerner** <br> **1555 N. Sheffield Avenue** <br> **Chicago, IL 60606** | X | | loan | X | | X | 2,500,000.00 |
| ACCOUNT NO. <br> **National City Bank** <br> **P.O. Box 856176** <br> **Louisville, KY 40285-6176** | | | line of credit | | | | 44,673.00 |
| ACCOUNT NO. <br> **New Beginnings Technology** <br> **P.O. Box 41** <br> **Northbrook, IL 60065** | | | information technology | | | | 2,252.00 |
| ACCOUNT NO. <br> **Robbins, Salomon And Pratt LTD** <br> **25 East Washington, Suite 100** <br> **Chicago, IL 60602** | | | legal services | | | | 33,960.00 |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. **2** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,614,570.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

**IN RE** Jackson Green LLC                                    Case No. **1:09-bk-10099 (116258**
_____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Schiller Klein & McElroy PC** <br>**33 North Dearborn, Suite 650** <br>**Chicago, IL  60602** | | | legal services | | | | 8,993.00 |
| ACCOUNT NO. <br><br>**Thyssenkrupp Elevator** <br>**P.O. Box 933004** <br>**Atlanta, GA  31193-3004** | | | elevator maintenance | | | | 7,374.00 |
| ACCOUNT NO. <br><br>**Urban Real Estate Research, Inc.** <br>**P.O. Box 10940** <br>**Chicago, IL  60610** | | | appraisal | | | | 8,000.00 |
| ACCOUNT NO. <br><br>**Vedder Price Kaufman** <br>**222 N.LaSalle,** <br>**Chicago, IL  60606** | | | legal services | | | | 6,263.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. _____**3**_____ of _____**3**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **30,630.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $  **2,819,102.00**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Jackson Green LLC                                      Case No. **1:09-bk-10099 (116258**

_____
Debtor(s)                                                                          (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Thyssenkrupp Elevator**<br>**P.O. Box 933004**<br>**Atlanta, GA  31193-3004** | **Elevator maintenance** |
| **SMG Security Systems, Inc.**<br>**120 King Street**<br>**Elk Grove Village, IL  60628** | **Equipment lease** |
| **Kimco Corporation**<br>**135 S. Lasalle Street, Dept. 1607**<br>**Chicago, IL  60674-1607** | **Janitorial and Day Porter** |
| **American Federation Of Teacher**<br>**833 W. Jackson Suite 310**<br>**Chicago, IL  60607** | **Lease 1,770 square feet from the debtor** |
| **Applegate, Thorne, And Thompsen**<br>**322 S. Green Suite 400**<br>**Chicago, IL  60607** | **Lease 15,820 square feet from the debtor** |
| **Krahl Constuction**<br>**322 S. Green Suite 300**<br>**Chicago, IL  60607** | **Lease 17,015 square feet from the debtor** |
| **Killian & Company Advertising**<br>**322 S. Green Suite 510**<br>**Chicago, IL  60607** | **Lease 2,820 square feet from the debtor** |
| **Chicago Access Corporation**<br>**322 S. Green, Suite 100**<br>**Chicago, IL  60607** | **Lease 20,284 square feet from the debtor** |
| **Genesis West Loop LLC**<br>**833 W. Jackson Suite 110**<br>**Chicago, IL  60607** | **Lease 3,105 square feet from the debtor** |
| **Interstate Realty Management**<br>**322 S. Green, Suite 202**<br>**Chicago, IL  60607** | **Lease 3,250 square feet from the debtor** |
| **BLDD Architects**<br>**833 W. Jackson Suite 100**<br>**Chicago, IL  60607** | **Lease 3,488 square feet from the debtor** |
| **University Of Illinois/Board Of Trustees**<br>**322 S. Green Suite 508**<br>**Chicago, IL  60607** | **Lease 4,000 square feet from the debtor** |
| **Michael Meyers Advertising Co.**<br>**833 W Jackson Suite 600**<br>**Chicago, IL  60607** | **Lease 5,450 square feet from the debtor** |
| **Maximum Marketing Services, Inc.**<br>**833 W. Jackson Suite 300**<br>**Chicago, IL  60607** | **Lease 6,163 square feet from the debtor** |
| **Vascular Access Center**<br>**322 S. Green Suite 108**<br>**Chicago, IL  60607** | **Lease 7,622 square feet from the debtor** |
| **The Propes Law Firm**<br>**833 W. Jackson Suite 200**<br>**Chicago, IL  60607** | **Lease 7,923 square feet from the debtor** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Jackson Green LLC                                     Case No. **1:09-bk-10099 (116258**
_____                        _____
Debtor(s)                                                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Berman Industries, Inc.**<br>**833 W Jackson Suite 700**<br>**Chicago, IL 60607** | **Lease 7,923 square feet from the debtor** |
| **VasSol, Inc.**<br>**833 W Jackson Suite 800**<br>**Chicago, IL 60607** | **Lease 7,923 square feet from the debtor** |
| **Cadworks, Inc.**<br>**833 W. Jackson Suite 400**<br>**Chicago, IL 60607** | **Lease 7,933 square feet from the debtor** |
| **Iexplorer**<br>**833 W Jackson Suite 500**<br>**Chicago, IL 60607** | **Lease 7,933 square feet from the debtor** |
| **Farm (Creative Parlour)**<br>**322 S. Green Suite 206**<br>**Chicago, IL 60607** | **Lease 8,752 square feet from the debtor** |
| **Knepper & Kirby, P.C.**<br>**322 S Green Suite 500**<br>**Chicago, IL 60607** | **Lease 9,298 square feet from the debtor** |
| **Premier Waste**<br>**10823 S Langley**<br>**Chicago, IL 60628** | **Trash removal** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Jackson Green LLC**                                                    Case No. **1:09-bk-10099 (116258**
_____
Debtor(s)                                                                          (If known)

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **David Heyes**<br>**PO Box 167**<br>**Minocqua, WI  54548**<br><br>**Paula Heyes**<br>**P.O. Box 167**<br>**Minoqua, WI  54548** | **Michael Lerner**<br>**1555 N. Sheffield Avenue**<br>**Chicago, IL  60606**<br><br>**Michael Lerner**<br>**1555 N. Sheffield Avenue**<br>**Chicago, IL  60606**<br><br><br>**Key Bank Real Estate Capital**<br>**Wachovia/Wells Fargo/Column Financial**<br>**911 Main Street, Suite 1500**<br>**Kansas City, MO  64105** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Jackson Green LLC**          Case No. **1:09-bk-10099 (116258**

Debtor(s)        (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____

Debtor

Date: _____    Signature: _____

(Joint Debtor, if any)

[If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

Address

_____    _____

Signature of Bankruptcy Petition Preparer    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Jackson Green LLC** _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **18** sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **January 21, 2009** _____    Signature: ***/s/ Paula Heyes***

**Paula Heyes**

(Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Western District of Wisconsin

IN RE:      Case No. **1:09-bk-10099 (116258**

**Jackson Green LLC**      Chapter **11**

<div align="center">Debtor(s)</div>

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 2,184,674.00 | Gross business income - 2007 |
| 2,212,499.00 | Gross business income - 2008 |
| 187,036.00 | Gross business income - 2009 - Year to date |
| 0.00 | only 80% of the income is shown because 20% is owned by the tenant in common |

---

**2. Income other than from employment or operation of business**

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☐ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Key Bank Real Estate Capital**<br>**911 Main Street, Suite 1500**<br>**Kansas City, MO 64105** | **10/14/08 - $173,269.93**<br>**11/21/08 - $173,269.93**<br>**12/11/08 - $170,113.56** | **516,653.42** | **17,500,000.00** |
| **Wachovia Securities**<br>**NC 1075, 9th Floor**<br>**201 S. College St.**<br>**Charlotte, NC 28244** | **10/14/08 - $11,919.82**<br>**11/12/08 - $11,919.82**<br>**12/11/08 - $11,919.82** | **35,759.46** | **1,187,000.00** |
| **Commonwealth Edison**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** | **10/28/08 - $8,492.67**<br>**11/18/08 - $7317.52**<br>**12/12/08 - $6,436.19** | **22,246.38** | **14,884.00** |
| **Kimco Corporation**<br>**135 S. Lasalle Street, Dept. 1607**<br>**Chicago, IL 60674-1607** | **10/28/08 - $13,066.12**<br>**11/24/08 - $6,890.10**<br>**12/12/08 - $6,439.81** | **26,395.93** | **13,998.00** |
| **Leventhal Pearlstein**<br>**2 N. LaSalle, Suite 1300**<br>**Chicago, IL 60610** | **10/28/08** | **8,180.00** | **17,710.00** |
| **Cook County Treasurer** | **10/29/08** | **247,752.41** | **0.00** |
| **Adan 3, LLC**<br>**165 N. Canal Street,Suite 723**<br>**Chicago, IL 60606** | **12/11/08** | **12,500.00** | **89,400.00** |
| **DX Main Construction**<br>**444 N. Wells, Suite 504**<br>**Chicago, IL 60610** | **12/22/08** | **37,572.04** | **39,304.00** |
| **Heller, Draper, Hayden**<br>**650 Poydras St. #2500**<br>**New Orleans, LA 70130** | **1/7/09** | **10,000.00** | **0.00** |

None ☐ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **BRIC Springfield LLC**<br>**P.O. Box 881**<br>**Minocqua, WI 54548** | **1/4/08** | **25.69** | **0.00** |
| **BRIC Springfield LLC**<br>**P.O. Box 881**<br>**Minocqua, WI 54548** | **1/4/08** | **2,464.00** | **0.00** |
| **BRIC Springfield LLC**<br>**P.O. Box 881**<br>**Minocqua, WI 54548** | **1/14/08** | **2,083.36** | **0.00** |
| **Builders Realty & Investments, Inc** | **1/14/08** | **13,656.01** | **0.00** |
| **BRIC Springfield LLC**<br>**P.O. Box 881**<br>**Minocqua, WI 54548** | **1/22/08** | **38.64** | **0.00** |
| **Builders Realty & Investments** | **2/19/08** | **700.00** | **0.00** |
| **Builders Realty & Investments** | **2/20/08** | **28,000.00** | **0.00** |
| **Builders Realty & Investments** | **3/4/08** | **9,300.00** | **0.00** |
| **Builders Realty & Investments** | **3/25/08** | **13,357.68** | **0.00** |
| **BRIC Springfield LLC** | **4/1/08** | **2,500.00** | **0.00** |

| | | | |
|---|---|---|---|
| P.O. Box 881<br>Minocqua, WI 54548 | | | |
| **Builders Realty & Investments** | **4/2/08** | **29,161.17** | **0.00** |
| **Builders Realty & Investments** | **4/17/08** | **11,730.79** | **0.00** |
| **BRIC Springfield LLC**<br>P.O. Box 881<br>Minocqua, WI 54548 | **4/25/08** | **17,200.00** | **0.00** |
| **Builders Realty & Investments** | **5/2/08** | **29,100.00** | **0.00** |
| **BRIC Springfield LLC**<br>P.O. Box 881<br>Minocqua, WI 54548 | **5/21/08** | **13,347.37** | **0.00** |
| **Builders Realty & Investments** | **5/21/08** | **11,747.76** | **0.00** |
| **Builders Realty & Investments** | **6/16/08** | **3,500.00** | **0.00** |
| **Builders Realty & Investments** | **6/25/08** | **11,793.72** | **0.00** |
| **BRIC Springfield LLC**<br>P.O. Box 881<br>Minocqua, WI 54548 | **6/25/08** | **13,410.37** | **0.00** |
| **Builders Realty & Investments** | **7/1/08** | **6,231.39** | **0.00** |
| **Bric Management**<br>P.O. Box 881<br>Minocqua, WI 54548 | **7/31/08** | **11,891.40** | **0.00** |
| **BRIC Springfield LLC**<br>P.O. Box 881<br>Minocqua, WI 54548 | **7/31/08** | **12,766.55** | **0.00** |
| **Bric Management**<br>P.O. Box 881<br>Minocqua, WI 54548 | **8/20/08** | **0.00** | **0.00** |
| **Bric Management**<br>P.O. Box 881<br>Minocqua, WI 54548 | **8/20/08** | **25,972.64** | **0.00** |
| **BRIC Springfield LLC**<br>P.O. Box 881<br>Minocqua, WI 54548 | **10/1/08** | **14,041.08** | **0.00** |
| **Bric Management**<br>P.O. Box 881<br>Minocqua, WI 54548 | **10/1/08** | **11,145.58** | **0.00** |
| **Bric Management**<br>P.O. Box 881<br>Minocqua, WI 54548 | **10/1/08** | **2,000.00** | **0.00** |
| **Bric Management**<br>P.O. Box 881<br>Minocqua, WI 54548 | **10/17/08** | **10,000.00** | **0.00** |
| **Bric Management**<br>P.O. Box 881<br>Minocqua, WI 54548 | **10/21/08** | **9,000.00** | **0.00** |
| **Bric Management**<br>P.O. Box 881<br>Minocqua, WI 54548 | **10/27/08** | **3,000.00** | **0.00** |
| **Bric Management**<br>P.O. Box 881<br>Minocqua, WI 54548 | **11/21/08** | **9,000.00** | **0.00** |
| **Bric Management**<br>P.O. Box 881<br>Minocqua, WI 54548 | **11/24/08** | **9,000.00** | **0.00** |
| **Bric Management**<br>P.O. Box 881<br>Minocqua, WI 54548 | **11/25/08** | **12,048.62** | **0.00** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| **BRIC Springfield LLC**<br>P.O. Box 881<br>Minocqua, WI 54548 | **12/31/08** | **14,706.53** | **0.00** |
| **Bric Management**<br>P.O. Box 881<br>Minocqua, WI 54548 | **12/31/08** | **8,521.03** | **0.00** |

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| **CBIZ Gibralter Real Estate Services LLC - Case No. 828239021** | **Mechanics Lien** | **Cook county IL** | **open** |
| **US Equities realty LLC - case No. 832939051** | **Mechanics Lien** | **Cook County, IL** | **Open** |
| **DX Main construction - Case No. 832545115** | **Mechanics lien** | **Cook County, IL** | **Paid** |
| **DX Main Construction LLC - Case No. 833739033** | **mechanics lien** | **Cook County, IL** | **Open** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF<br>PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION<br>AND VALUE OF PROPERTY |
|---|---|---|
| **Byrne Law Office**<br>P.O. Box 1566 | **1/7/09** | **25,000.00** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Heller Draper and Hayden**                                                                                    10,000.00
650 Poydras St #2500
New Orleans, LA  70130

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## 10. Other transfers

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Albion Tulsa, LLC** | **4/27/07** | **Sale of 20% interest (subject to debt) for $1,000,000** |

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

## 11. Closed financial accounts

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13. Setoffs

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 14. Property held for another person

None ☐ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Jackson Green, LLC P.O. Box 881 Minocqua, WI  54548** | | |

**Jackson Green, LLC retains posession of 20% of all assets owned by Albion Tulsa, LLC a/d/b/a Albion Jackson Green, LLC.**

## 15. Prior address of debtor

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

## 16. Spouses and Former Spouses

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

**None** ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

**None** ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

**None** ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

**None** ☑ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

**None** ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

## 19. Books, records and financial statements

**None** ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Paula Heyes** | **5/2005 - Present** |
| **P.O. Box 167** | |
| **Minoqua, WI 54548** | |

**None** ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Paula Heyes** | **5/2005 - present** |
| **P.O. Box 167** | |
| **Minoqua, WI 54548** | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the
☐ debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**Paula Heyes**
**P.O. Box 167**
**Minoqua, WI  54548**

None d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued
☐ within the **two years** immediately preceding the commencement of the case by the debtor.

NAME AND ADDRESS                                        DATE ISSUED
**Albion Tulsa LLC**
**108 W. 2nd Street, Suite 104**
**Los Angeles, CA  90012**

**Key Bank Real Estate Capital**
**911 Main Street, Suite 1500**
**Kansas City, MO  64105**

**Grand Prarie Capital**
**531 Tanglewood Ln**
**Frankfort, IL  60423**

**Tremart Realty**
.
**Other various unknown parties.  The debtor issued financing statements due to various prospective financiers from time to time.**

### 20. Inventories

None a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the
☑ dollar amount and basis of each inventory.

None b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
☑

### 21. Current Partners, Officers, Directors and Shareholders

None a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☐

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **David Heyes**<br>**PO Box 167**<br>**Minocqua, WI  54548** | **Member** | **49.000000** |
| **Paula Heyes**<br>**P.O. Box 167**<br>**Minocqua, WI  54548** | **Member** | **50.000000** |
| **Jackson Green Associates, Inc.**<br>**PO Box 881**<br>**Minocqua, WI  54548** | **Member** | **1.000000** |

None b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls,
☑ or holds 5 percent or more of the voting or equity securities of the corporation.

### 22. Former partners, officers, directors and shareholders

None a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement
☑ of this case.

None b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately
☑ preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **January 21, 2009**          Signature: **/s/ Paula Heyes**

**Paula Heyes, Member**

Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.*

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only